## OPINION OF THE JUDGES.

**Constitutional Law:** IMPEACHMENT OF THE GOVERNOR. The functions of the Governor are, under the provisions of the Nebraska constitution, entirely suspended, and devolve upon the Secretary of State, from the time of the impeachment of the Governor, by the House of Representatives, and during the trial thereof by the Senate. *Per* LAKE AND CROUNSE, JJ.

THE House of Representatives, during its session in 1871, having prepared articles of impeachment against David Butler, Governor, by resolution submitted the *quære* to this court, then in session, whether the impeachment of the Governor suspended him from office during his trial. MR. JUSTICE LAKE and MR. JUSTICE CROUNSE responded as follows:

*To the Honorable, the House of Representatives of the Legislature of the State of Nebraska:*

GENTLEMEN: In response to the resolution presented to the Supreme Court by your honorable body, in which

you request the opinion of the court upon the question, "Does the impeachment of the Governor by the House of Representatives suspend him from office during the trial?"

. We have to say—

1st. That the question does not come to us in such a form as to enable us, as a court, to give an authoritative decision thereon. But in view of the great importance of the question, not only to your honorable body, but to all branches of government, we feel it to be a duty to accede to your request, and extend to you such aid as this informal expression of opinion may give.

2nd. Section 28, article 2, of our state constitution, confers upon the House of Representatives the *sole* power of impeachment and the next section provides what officers may be impeached, among which is the governor.

Section 16 of the article entitled "Executive," provides in what contingencies the powers and duties of the governor shall devolve upon the secretary of state. They are five in number, viz:

1. His impeachment.
2. His removal from office.
3. His death.
4. His resignation.
5. Absence from the state.

From this enumeration it is seen that the *first* contingency named in the constitution whereby the duties of the office of Governor devolve upon the Secretary of State, is that of impeachment. The language of the constitution is direct, positive, and entirely unambiguous.

We conclude therefore, that it is the law that all the functions of the Governor are entirely suspended, and devolve upon the Secretary of State from the time of his impeachment by the house of representatives, and during

the trial thereof by the Senate. All of which is respectfully submitted.

GEO. B. LAKE, *Justice.*
J. CROUNSE, *Justice.*

MR. CHIEF JUSTICE MASON responded as follows:

*To the Honorable, the House of Representavies of the State of Nebraska:*

IN response to the interrogatory submitted to the court, a sense of judicial propriety forbids that I express any opinion thereon. The question may arise between parties who may become individually interested in its determination, and the court then be compelled to authoritatively determine the question. At present the action of the court would be without authority, the court having no jurisdiction over the question submitted, or the parties interested in its determination, and an expression of opinion by me, as one of the members of the court, would only complicate the court in the determination of a question incident to impeachment, while the constitution and laws have, for wise reasons, removed both the principal question, with all its incidents, from this court. In my humble judgment the court should avoid complicating the judicial department of the state in this matter, until the question is presented in such form that its opinion may be authoritatively expressed.

O. P. MASON, *Chief Justice.*